1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT

10

11

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

12
13

| | |
|---|---|
| Nick Makreas,<br><br>                    Plaintiff,<br><br>     vs.<br><br>The Moore Law Group, A.P.C., a California corporation; Citibank (South Dakota), N.A., a business entity, form unknown, DOES 1 through 25, inclusive,<br><br><br>                    Defendants. | Case No. 3:14-cv-00613-EMC<br><br>[~~Proposed~~]<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br><br>Date:  06/12/14<br>Time:  9:00 a.m.<br>Ctrm:  5<br><br>Judge: Hon. Edward M. Chen |

14
15
16
17
18
19
20
21
22
23
24
25
26    ///
27    ///
28    ///

1
Order

Based on the fully executed Stipulation to continue the Case Management Conference, submitted by the parties,

IT IS HEREBY ORDERED:

1.  That the Case Management Conference currently scheduled for June 12, 2014, is hereby continued for 30 days or to a date convenient to the Court to July 24, 2014 at 9:30 a.m.

2.     The Parties' joint Case Management Statement is due to be filed by July 17, 2014.

Dated:     June 4, 2014



IT IS SO ORDERED AS MODIFIED

Judge Edward M. Chen

2
Order

## **CERTIFICATE OF SERVICE**

I, Ramin Mahdavi, do hereby certify that on June 4, 2014, a copy of the forgoing document was sent via overnight delivery to:

Nick Makreas
271 Tulare Drive
San Bruno, CA 94066

Marcos D. Sasso, Esq.
Ray Garcia, Esq.
Stroock & Stroock & Lavan LLP
2029 Century Park East, Suite 1800
Los Angeles, CA 90067

Ramin Mahdavi