1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| Nick Makreas,<br><br>                Plaintiff,<br><br>vs.<br><br>The Moore Law Group, A.P.C., a California corporation; Citibank (South Dakota), N.A., a business entity, form unknown, DOES 1 through 25, inclusive,<br><br>                Defendants. | Case No. 3:14-cv-00613-EMC<br><br>**[Proposed]**<br><br>**ORDER ALLOWING EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>Judge: Hon. Edward M. Chen |

///

///

///

1
Order

Based on the fully executed Stipulation to allow an extension of time to respond to the Complaint,

IT IS HEREBY ORDERED:

1. That Defendant, The Moore Law Group, APC's, and Defendant, Citibank, N.A.'s response to the Complaint is now due by June 25, 2014.

Dated: _____6/6/14_____



IT IS SO ORDERED
Judge Edward M. Chen

## CERTIFICATE OF SERVICE

I, Ramin Mahdavi, do hereby certify that on June 6, 2014, a copy of the forgoing document was sent via overnight delivery to:

Nick Makreas
271 Tulare Drive
San Bruno, CA 94066

Marcos D. Sasso, Esq.
Ray Garcia, Esq.
Stroock & Stroock & Lavan LLP
2029 Century Park East, Suite 1800
Los Angeles, CA 90067



Ramin Mahdavi