UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICK MAKREAS, | No. C-14-0613 EMC |
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE** |
| THE MOORE LAW GROUP, A.P.C., *et al.*, | |
| Defendants. | |
| _____/ | |

Plaintiff Nick Makreas ("Plaintiff") initiated this lawsuit against Defendants The Moore Law Group ("Moore") and Citibank, N.A. ("Citibank"), asserting claims related to the alleged collection of debts, including (1) violation of the federal Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692 *et seq.,* against Defendant Moore only; (2) violation of the federal Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681 *et seq.*; (3) violation of California's Rosenthal Fair Debt Collection Practices Act ("Rosenthal Act"), Cal. Civ. Code § 1788 *et seq.*; (4) violation of Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227, against Defendant Moore only; and (5) invasion of privacy and violation of Cal. Business and Professions Code § 6077.5. *See* Docket No. 1. Plaintiff is proceeding in pro se.

Pending before the Court are Defendants' motions to dismiss the complaint in its entirety on the basis of, *inter alia*, the doctrines of res judicata and/or collateral estoppel, California's litigation privilege pursuant to Cal. Civil Code § 47, and Plaintiff's failure to state a claim upon which relief should be granted pursuant to Fed. R. Civ. P. 12(b)(6). *See* Docket Nos. 13, 15. Both motions were filed on June 23, 2014 and are set for hearing on August 6, 2014. *See* Docket No. 17. Plaintiff has

1  failed to respond to either motion by July 7, 2014, in accordance with Northern District of California
2  Local Rule 7-3(a).

3      Plaintiff is **ORDERED TO SHOW CAUSE** why this action should not be dismissed on the
4  basis of, *inter alia*, (1) the doctrines of res judicata and/or collateral estoppel and (2) for failure to
5  state a claim upon which relief should be granted pursuant to Fed. R. Civ. P. 12(b)(6).  Specifically,
6  Plaintiff is ordered to show cause as to why his prior case, *Makreas v. The Moore Law Group, et al.,*
7  C-11-2406-MMC (N.D. Cal. May 17, 2011), which reached a final judgment and is pending appeal
8  at the Ninth Circuit, does not bar relitigation of those issues and/or claims previously considered by
9  the court.  *See e.g. Robi v. Five Platters, Inc.*, 838 F.2d 318, 322 (9th Cir. 1988).  As for the claims
10 not previously litigated, Plaintiff is ordered to show cause as to why they should not be dismissed
11 for failure to state a claim pursuant to Fed. R. Civ. P. 12(b)(6).

12     Plaintiff should respond to this order to show cause by August 7, 2014.  Alternatively,
13 Plaintiff may file a statement of non-opposition pursuant to Local Civil Rule 7-3(b).  Should
14 Plaintiff file his response to this order to show cause, Defendants may file their responses by August
15 14, 2014.  The Court hereby resets both the Case Management Conference and the hearing on
16 Defendants' motions to dismiss from August 6, 2014 to August 28, 2014 at 1:30 p.m., and reserves
17 the authority to vacate the hearing and rule on the papers.

19     IT IS SO ORDERED.

21 Dated: July 29, 2014

23                                   EDWARD M. CHEN
                                  United States District Judge